UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CRIMINAL NO. 09-20025

-vs-                                 HONORABLE AVERN COHN

D-3    MONICA A. CONYERS,

        Defendant.



## WAIVER OF INDICTMENT

MONICA A. CONYERS, the above-named Defendant, who is accused of Conspiracy to Commit Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. §§ 371, 666(a), being advised of the nature of the charges and her rights, hereby waives in open Court prosecution by Indictment and consents that, for the purpose of entering a plea, the proceeding may be by Information instead of by Indictment.

                                                  MONICA A. CONYERS
                                                  Defendant

                                                  STEVEN FISHMAN (P23049)
                                                  Attorney for Defendant

Dated: June 26, 2009