UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                            Case No. 09-20025

MONICA CONYERS,               HON. AVERN COHN

     Defendant.

_____/

**ORDER DENYING
MOTION FOR RECONSIDERATION OF SENTENCE**

     Defendant has filed a motion asking the Court to reconsider the custody sentence imposed on her on March 10, 2010 (Doc. 206). The government has responded (Doc. 207). The motion is DENIED.

     As pointed out by the government in its response, the Court lacks jurisdiction to modify defendant's sentence. The Court also lacks jurisdiction to grant defendant's request for credit against her sentence for time she spent on pre-trial release.

     As to defendant's argument that the Court misapplied the sentencing guidelines, her pending appeal has divested the Court of jurisdiction to reconsider its judgment.

     SO ORDERED.

Dated: April 20, 2011           S/Avern Cohn_____
                          AVERN COHN
                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 20, 2011, by electronic and/or ordinary mail.

                         S/Julie Owens_____
                         Case Manager, (313) 234-5160